### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  March 19, 2015                    105045
                                                        105046

_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                MEMORANDUM AND ORDER

DONALD W. EVANS,
                        Appellant.
_____

Calendar Date:   January 20, 2015

Before:   McCarthy, J.P., Garry, Egan Jr. and Devine, JJ.

_____

        Tracy A. Donovan-Laughlin, Cherry Valley, for appellant.

        Weeden A. Wetmore, District Attorney, Elmira, for
respondent.

_____

        Appeal from a judgment of the County Court of Chemung
County (Buckley, J.), rendered March 12, 2012, convicting
defendant upon his plea of guilty of the crimes of attempted
assault in the second degree and driving while intoxicated.

        In satisfaction of the charges contained in two
indictments, defendant pleaded guilty to attempted assault in the
second degree and driving while intoxicated.  Under the terms of
the plea agreement, he was to be sentenced to 1½ to 3 years in
prison on the former charge and one year in jail on the latter
charge, to run concurrently.  He subsequently was sentenced as a
second felony offender in accordance with the terms of the plea
agreement and he now appeals.

Appellate counsel seeks to be relieved of her assignment of representing defendant on the ground that there are no nonfrivolous issues that may be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD3d 979, 980 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

McCarthy, J.P., Garry, Egan Jr. and Devine, JJ., concur.


ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.


ENTER:

Robert D. Mayberger
Clerk of the Court